

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-13-00777-CV

**MIRAMAR DEVELOPMENT CORP.** and John Hawkins,
Appellants

v.

Aaron M. **SISK**,
Appellee

From the 236th District Court, Tarrant County, Texas
Trial Court No. 236-248030-10
Thomas Wilson Lowe III, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court